**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellant**

**V.**

**HERRING BANK, ET AL., Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15858**

## ORDER

By letter dated July 16, 2014, the court reporter informed the Court that, after researching the dates given her by appellant, there was no reporter's record. Because there is no reporter's record to be produced in this appeal and the clerk's record has been filed, we **ORDER** appellant's brief filed within thirty days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

We caution appellant that the failure to file a brief or a timely motion to extend time to file appellant's brief may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a).

/s/     ELIZABETH LANG-MIERS
         JUSTICE